```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARYANN MALTESE,                                                 :
                                                                 :
                                        Plaintiff,               :
                                                                 :
                    -v-                                          :
                                                                 :
DELTA AIRLINES CORPORATION, et al.,                              :
                                                                 :
                                        Defendants.              :
                                                                 :
-----------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/18/2024 |

1:24-cv-7221-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 4, 2024, Dkt. No. 5, Plaintiff was ordered to show cause no later than October 11, 2024 as to why this action should not be transferred to the Eastern District of New York. Plaintiff has not done so.

Because venue does not lie in this district for the reasons set forth in the Court's October 4, 2024 order, Dkt. No. 5, and the interest of justice weighs in favor of transferring the case to the district that encompasses the court identified as the proper venue, this case is hereby transferred under 28 U.S.C. § 1406(a) to the Eastern District of New York.

The Clerk of Court is directed to transfer this case to Eastern District without delay. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

GREGORY H. WOODS
United States District Judge